NO. 07-07-0404-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 30, 2008
_____

IVY LEE BELL, APPELLANT

V.

SHENANDOAH INDUSTRIAL DEVELOPMENT CORPORATION, APPELLEE
_____

FROM THE COUNTY COURT AT LAW NO. 2 OF MONTGOMERY COUNTY;

NO. 05-12-11076-CV; HONORABLE J. WINFREE, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Ivy Lee Bell, has filed a motion to dismiss this appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). As no agreement regarding appellate costs has been filed, all costs incurred by this appeal are adjudged against appellant. TEX. R. APP. P. 42.1(d). No motion for rehearing from appellant will be entertained.

Mackey K. Hancock
Justice